UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**COREY JERRY PRITCHETT**,

Plaintiff,

v.

**CLACKAMAS COUNTY SHERIFF CRAIG ROBERTS** and **WENDY ARMITAGE, R.N.**,

Defendants.

Civil Case No. 3:10-CV-00746-KI

JUDGMENT

      Corey Pritchett, 16888342
      Two Rivers Correctional Institution
      82911 Beach Access Rd.
      Umatilla, Oregon  97882

          Pro Se Plaintiff

Page 1 - JUDGMENT

Stephen L. Madkour, County Counsel
Clackamas County, Oregon
Alexander Gordon
Assistant County Counsel
2051 Kaen Road
Oregon City, Oregon  97045-1819

    Attorneys for Defendants

KING, Judge:

Based on the record,

IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

Dated this    28th    day of March, 2012.

          /s/ Garr M. King
          Garr M. King
          United States District Judge